UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| REBECCA JACKSON, et al, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 6: 05-660-DCR |
| ) | |
| V. ) | |
| ) | |
| AMERICAN SAFETY INSURANCE ) | **AMENDED MEMORANDUM** |
| HOLDINGS, LTD, et al, ) | **OPINION AND ORDER** |
| ) | |
| Defendants. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Memorandum Opinion and Order dated January 20, 2006, is amended to reflect that Timothy Feld previously represented a co-defendant of the Plaintiff's predecessor in interest. Further, the opinion should be amended to reflect that Calvary Coal (as opposed to Chas Coal) was previously represented by Timothy Feld. Finally, the prior opinion should be modified to reflect that Feld would have had access to confidential information in the course of planning a mutual defense for Calvary Coal and Chas Coal, both of which were owned by Charles Collins.

This 31st day of January, 2006.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge